IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT JOHN BAZEMORE, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-1505-M |
| | § | |
| ALAN BUIE, ET AL. | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made Findings and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. Except as stated below as to matters not essential to this Court's ruling, the objections are overruled, and the Court ACCEPTS the Findings and Recommendation of the United States Magistrate Judge. This Court does not reach the Heck v. Humphrey issues, and recognizes that the search warrants in issue related both to an alleged insurance fraud scheme that was not prosecuted and to securities fraud. This Court accepts the Recommendation of the United States Magistrate Judge to dismiss Plaintiff's suit.

SO ORDERED this 2nd day of November, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS